UNITED STATES DISTRICT COURT

DISTRICT COURT OF CALIFORNIA - SOUTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM GALVAN, | ) | No.: **3:12-cv-02747-DMS-JMA** |
| Plaintiff, | ) | |
| vs. | ) | **ORDER RE: DISMISSAL** |
| AMERICA'S SERVICING COMPANY, | ) | |
| Defendant. | ) | |

The Court having considered the Stipulation to Dismiss by and between Plaintiff William Galvan and Defendant America's Servicing Company, and based thereon, rules as follows:

IT IS HEREBY ORDERED THAT the above-captioned action is dismissed without prejudice pursuant to FRCP 41(a) (1).

IT IS SO ORDERED.

Dated: September 18, 2013

_____
Hon. Dana M. Sabraw

PROPOSED ORDER RE: DISMISSAL